UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.  26cr10161 |
| | ) |
| v. | ) Violation: |
| | ) |
| CHRISTOPHER KRIKORIAN, | ) Count One: Operating an Unlicensed Money |
| | ) Transmitting Business; Aiding and Abetting |
| Defendant | ) (18 U.S.C. § 1960(a); 18 U.S.C § 2) |
| | ) |
| | ) Forfeiture Allegation: |
| | ) (18 U.S.C. § 982(a)(1)) |
| | ) |

INFORMATION

COUNT ONE
Operating an Unlicensed Money Transmitting Business; Aiding and Abetting
(18 U.S.C. § 1960(a); 18 U.S.C. § 2)

The United States Attorney charges:

From in or around January 2021 through in or about October 30, 2024, in the District of

Nevada and elsewhere, the defendant,

CHRISTOPHER KRIKORIAN,

knowingly conducted, controlled, managed, supervised, directed, and owned all or part of an

unlicensed money transmitting business as that term is defined in Title 18, United States Code,

Section 1960(b)(1), that affected interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1960(a) and 2.

<u>FORFEITURE ALLEGATION</u>
(18 U.S.C. § 982(a)(1))

The United States Attorney further alleges:

1.      Upon conviction of the offense in violation of Title 18, United States Code, Section 1960, set forth in Count One, the defendant,

CHRISTOPHER KRIKORIAN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

a. $120,301.82 seized from Cathay Bank checking account x 5744, held in the name of S&K Enterprises LLC dba Data Service Pros;

b. $50,869.05 seized from Cathay Bank checking account x 0864, held in the name of S&K Enterprises LLC;

c. $61,995.33 seized from Cathay Bank checking account x 2105, held in the name of S&K Enterprises LLC;

d. $2,315.33 seized from Cathay Bank checking account x 7148, held in the name of S&K Enterprises LLC dba Data Service Pros;

e. $99,766.75 seized from American First National Bank certificate of deposit account x 9032, held in the name of Chris Tracey Krikorian and Rose Anna Paradero Krikorian;

f. $50,939.97 seized from American First National Bank certificate of deposit account x 9664, held in the name of Chris Tracey Krikorian and Rose Anna Paradero Krikorian;

g. $101,344.41 seized from American First National Bank certificate of deposit account x 9519, held in the name of Chris Tracey Krikorian and Rose Anna Paradero Krikorian;

h. $2,766.85 seized from American First National Bank checking account x 0746, held in the name of S & K Enterprises LLC dba Data Service Pros; and

i. $13,972.66 seized from American First National Bank checking account x

5354, held in the name of Chris Tracey Krikorian and Rose Anna Paradero Krikorian.

2.    If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(1), as a result of any act or omission of the defendant --

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 982(a)(1).

LEAH B. FOLEY
United States Attorney
District of Massachusetts


J. MACKENZIE DUANE
LESLIE WRIGHT
Assistant United States Attorneys
District of Massachusetts

May 26, 2026